**Mitch MEDCALF, Plaintiff–Appellant,**

v.

**Pam SONNEN, ISCI Warden; et al., Defendants–Appellees,**

and

**Correctional Medical Services, Defendant.**

**No. 04–35949.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 8, 2006.

Filed Jan. 4, 2007.

Mark C. Cawley, Esq., Saul Ewing Remick & Saul, Philadelphia, PA, for Plaintiff–Appellant.

Mitch Medcalf, Rexburg, ID, pro se.

Stephanie A. Altig, William M. Loomis, Esq., AGID–Office of the Idaho Attorney General, Boise, ID, Michelle R. Points, Esq., for Defendants–Appellees.

Before: FARRIS, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM *

Mitch Medcalf appeals from the district court's grant of summary judgment in favor of Prison Health Services, Edith Roe,

Amir Pelic, Larry Hynes, Dr. Robert Hill, and Dr. Jon-eric Baillie ("PHS defendants"). We have jurisdiction under 28 U.S.C. § 1291 and affirm.

Medcalf failed to establish damages. 42 U.S.C. § 1997e(e) requires a prisoner who wishes to bring a federal civil action for mental or emotional injury to make a prior showing of physical injury. The physical injury must be more than *de minimis*. *Oliver v. Keller*, 289 F.3d 623, 628 (9th Cir.2002). Medcalf points to no evidence of any physical injury caused by the acts he claims violated his constitutionally protected rights. Therefore, Medcalf has failed to raise a triable issue as to the material fact of damages, essential under § 1983 for his remaining Eighth Amendment claims.

AFFIRMED.

